**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LARRY TATE,

    Plaintiff,

v.                                        Case No. 13-13389

UNUM GROUP ET AL.,

    Defendants.

                                        /

**FINAL ORDER RESCHEDULING STATUS CONFERENCE**

In Plaintiff's November 13, 2013 "Motion to Allow Late Filing . . .," Plaintiff's counsel informed the court of his severe medical issues, which were impacting his ability to timely file a response briefing. A few weeks later, the court's staff was notified that his issues were ongoing. The court scheduled a telephone conference to occur on December 19, 2013. Due to his medical condition, Plaintiff's counsel was not available for the call, so the court postponed it for thirty days. Once again, however, Plaintiff's counsel is unable to participate in the call. The court is cognizant of his medical difficulties, but the case cannot linger indefinitely on this court's docket. The court will reschedule the telephone conference for another thirty days. If counsel is not able to participate at that time, the court will issue an order to show cause why the case should not be dismissed for lack of prosecution. *See* E.D. Mich. LR 41.2. If counsel is unable to continue in this matter, Plaintiff simply needs to find a different attorney. Accordingly,

IT IS ORDERED that the January 23, 2014 telephone conference is

RESCHEDULED for **February 27, 2014 at 11:00 a.m.**

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 23, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\CHD\Orders and Opinions\13-13989.TATE.ShowCause.Prosecution.wpd